1  Mark D. Kemple (State Bar No. 145219)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, California 92614
3  Telephone:(949) 851-3939
   Facsimile: (949) 553-7539
4  Email:    mkemple@jonesday.com

5  Michael J. Gray (pro hac vice)
   JONES DAY
6  77 West Wacker Drive
   Chicago, Illinois 60601-1692
7  Telephone:(312) 782-3939
   Facsimile: (312) 782-8585
8  Email:    mjgray@jonesday.com

9  Attorneys for Defendant
   BOSTON MARKET CORPORATION
10

FILED

2006 OCT 10  PM 3:09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

11            UNITED STATES DISTRICT COURT

12          SOUTHERN DISTRICT OF CALIFORNIA

13

14  JACLYN RIPPEE, an individual on          Case No. 05-CV-1359-BTM (JMA)
    behalf of herself and in a representative
15  capacity for all others similarly situated,   [PROPOSED] ORDER
                                                 GRANTING FINAL APPROVAL
16            Plaintiffs,                        OF CLASS ACTION
                                                 SETTLEMENT
17       v.

18  , BOSTON MARKET CORPORATION,

           Defendants.                           Date:      October 5, 2006
19                                               Time:      11:30 a.m.
                                                 Judge:     Barry T. Moskowitz
20                                               Courtroom: 15

21  GERALDINE BARILE, an individual,         Case No. 05 CV 1360 BTM (JMA)
    and ALFREDO PONCE, an individual
22  and behalf of themselves and in a           [PROPOSED] ORDER
    Representative capacity for all others      GRANTING FINAL APPROVAL
23  similarly situated,                         OF CLASS ACTION
                                                 SETTLEMENT
24            Plaintiffs,

25       v.

26  BOSTON MARKET CORPORATION,                   Date:      October 5, 2006
                                                 Time:      11:30 a.m.
27            Defendants.                        Judge:     Barry T. Moskowitz
                                                 Courtroom: 15
28

LAI-2261699v1

1    The Parties' Motion for Final Approval of Class Action Settlement came on
2  regularly for hearing before this Court on October 5, 2006 at 11:30 a.m. in
3  Courtroom 15, 5th Floor, of the United States District Court for the Southern
4  District of California, before the Honorable Barry T. Moskowitz, pursuant to the
5  Orders of the Court dated June 22, 2006 and after due and adequate notice having
6  been given to the Settlement Class and the appropriate Federal and State officials as
7  required in that Order. L. Tracee Lorens of Lorens & Associates and Raul Cadena
8  of Cadena Churchill appeared on behalf of the Plaintiffs.  Michael J. Gray and
9  Mark D. Kemple of Jones Day appeared on behalf of Defendant.

10    After full consideration of the pleadings and evidence submitted, proof being
11  made to the satisfaction of this Court and good cause appearing therefore, and for
12  the reasons that may be set forth in a Memorandum Decision to be filed by the
13  Court,

14    IT IS HEREBY ORDERED THAT:

15    1.    This Court has jurisdiction over the subject matter of the above-
16  captioned litigations and over all parties to these litigations, including all members
17  of the Settlement Class.

18    2.    This Court hereby incorporates by reference the definitions of the
19  Settlement Agreement, dated March 20, 2006, and filed in this matter on June 7,
20  2006, as though fully set forth herein, and all terms used herein shall have the same
21  meaning as set forth in the Settlement Agreement.

22    3.    The Court hereby approves the Settlement set forth in the Settlement
23  Agreement as fair, just, reasonable, and adequate to the Settlement Class Members.

24    4.    Upon the effective date as set out in the Settlement Agreement (i.e.,
25  thirty (30) days after Final Approval of the Settlement), the Settlement Class, in this
26  action and all members of the Class who have not submitted a valid and timely
27  request for exclusion from the Settlement Class, shall be deemed to have
28  conclusively, fully, and completely released and discharged Released Parties from

LAI-2261699v1

-2-

1    all <u>Barile</u> Released Claims. Additionally, upon the effective date as set out in the

2    Settlement Agreement (i.e., thirty (30) days after Final Approval of the Settlement),

3    the Settlement Class, in this action and all members of the Class who have not

4    submitted a valid and timely request for exclusion from the Settlement Class, shall

5    be deemed to have conclusively, fully, and completely released and discharged

6    Released Parties from all <u>Rippee</u> Released Claims.

7        5.    The Court hereby awards One Million Five Hundred Thousand Dollars

8    ($1,500,000.00) in attorneys' fees and Fifteen Thousand Dollars ($15,000.00) in

9    reasonable and necessary costs and expenses incurred in the above-captioned

10    litigations. To be clear, this is the total fee and cost award collectively for both

11    litigations. The Court also awards enhancement payments to the Class

12    Representatives, as follows:

13            a.    Geraldine Barile:   Twenty Thousand Dollars ($20,000.00)

14            b.    Alfredo Ponce:    Five Thousand  Dollars ($5,000.00)

15            c.    Jaclyn Rippee:    Five Thousand Dollars ($5,000.00)

16        6.    Payments are to be made to all Class Members who made timely, valid

17    claims as provided for in the Settlement Agreement. In addition to those wages,

18    penalties, and interest set forth in the Settlement Agreement, Defendant will pay

19    additional interest on wages and/or penalties at the rate of ten percent (10%) for the

20    period of July 31, 2006 through November 5, 2006 to Class Members who made

21    timely, valid claims.

22        7.    The above-entitled actions shall be dismissed with prejudice on the

23    date that this Order for Final Approval is signed by the Court. However, the Court

24    will retain jurisdiction for purposes of enforcing the terms of the Settlement

25    ///

26    ///

27    ///

28

LAI-2261699v1

-3-

1  Agreement and ensuring payment to the Class, Class Counsel, and the Class

2  Representatives, as more fully set forth in the Settlement Agreement.

3      IT IS SO ORDERED, ADJUDGED, AND DECREED.

4

5

6  Dated: October 11, 2006

Honorable Barry T. Moskowitz
7  Judge of the United States District Court,
8  Southern District of California

9  APPROVED AS TO FORM AND CONTENT:
10

11  Dated: October 2, 2006           LORENS & ASSOCIATES, APLC
12

13                                   By:_____
14                                       L. Tracee Lorens
                                     Attorneys for Plaintiffs
15  Dated: October 2, 2006           CADENA CHURCHILL, LLP
16

17                                   By:_____
18                                       Raul Cadena
19                                   Attorneys for Plaintiffs
    Dated: October 2, 2006           JONES DAY
20

21

22                                   By:_____
23                                       Mark D. Kemple
                                     Attorneys for Defendant
24

25

26

27

28

LAI-2261699v1

- 4 -

1    Agreement and ensuring payment to the Class, Class Counsel, and the Class

2    Representatives, as more fully set forth in the Settlement Agreement.

3         IT IS SO ORDERED, ADJUDGED, AND DECREED.

4

5

6    Dated: _____

                                     Honorable Barry T. Moskowitz

7                                         Judge of the United States District Court,

8                                         Southern District of California

9    APPROVED AS TO FORM AND CONTENT:

10

11   Dated: October 2, 2006           LORENS & ASSOCIATES, APLC

12

13                                By:_____

14                                   L. Tracee Lorens

                                 Attorneys for Plaintiffs

15   Dated: October 2, 2006           CADENA CHURCHILL, LLP

16

17                                By:_____

18                                   Raul Cadena

19                                      Attorneys for Plaintiffs

20   Dated: October 2, 2006           JONES DAY

21

22                                By:_____

23                                   Mark D. Kemple

                                 Attorneys for Defendant

24

25

26

27

28

LAI-2261699v1